## RAY v. SMITH.

*Evidence — admission of immaterial — effect of.*

Upon the trial of an action by the maker of a note against one claimed to be jointly liable for the consideration thereof, evidence was admitted showing that plaintiff had been sued upon the note, and that he had notified defendant of the suit and had paid the note. *Held,* that the admission of the evidence was not such error as would call for a reversal of the judgment.

Any illegal evidence that may have a tendency to influence the judgment of a jury cannot be regarded as harmless and of no consequence. The legal presumption is the other way, and when a party seeks to maintain such evidence as innocuous he must make it appear clearly that such is the case.

APPEAL by plaintiff from a judgment of the Sullivan county court reversing a judgment of a justice's court.

The action was brought by Richard R. Ray against John C. Smith to recover one-half the price of a quantity of hay bought at auction by plaintiff for himself and defendant and divided between them. Plaintiff gave his individual note for the whole amount which he afterward paid.

*Benj. Reynolds,* for appellant.

*T. F. Bush,* for respondent.

MILLER, P. J.

The only point passed upon in the opinion is fully stated in the head-note.

*Judgment affirmed.*